# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 01-1642

_____

| | |
|---|---|
| United States of America, | * |
| | * |
| Appellee, | * Appeal from the United States |
| | * District Court for the Western |
| v. | * District of Arkansas. |
| | * |
| Sergio Hernandez-Arellano, | * [UNPUBLISHED] |
| | * |
| Appellant. | * |

_____

Submitted: August 28, 2001
Filed: August 31, 2001

_____

Before WOLLMAN, Chief Judge, RICHARD S. ARNOLD, and BYE, Circuit Judges.

_____

PER CURIAM.

After he was sentenced upon his conviction of illegal reentry following deportation for an aggravated felony, Sergio Hernandez-Arellano filed his notice of appeal twenty-one days after judgment was entered in the district court.[1] Although Hernandez-Arellano's notice of appeal is untimely, see Fed. R. App. P. 4(b)(1)(A)(i), we remand the case to the district court to determine whether the time for filing a notice of appeal should be extended under Federal Rule of Appellate Procedure 4(b)(4). See

_____

[1]The Honorable Jimm Larry Hendren, Chief Judge, United States District Court for the Western District of Arkansas.

United States v. Austin, 217 F.3d 595, 597 (8th Cir. 2000); United States v. Petty, 82 F.3d 809, 810 (8th Cir. 1996) (per curiam).

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.